UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAUN NICHOLAS MOORE,

    Plaintiff,

v.

BRIAN CHOBOT,

    Defendant.

_____/

Case No. 1:23-cv-132

HON. JANE M. BECKERING

## **ORDER**

This is a prisoner civil rights action under 42 U.S.C. § 1983.  Defendant filed a Motion for Summary Judgment (ECF No. 17).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 8, 2024 (ECF No. 26), recommending that this Court grant the motion for summary judgment and terminate this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 26) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 17) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections to the Report and Recommendation.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: September 5, 2024                                  /s/ Jane M. Beckering
                                                         JANE M. BECKERING
                                                         United States District Judge